

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2022

No. 04-22-00178-CV

**WEBB CONSOLIDATED INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

Robert **MARSHALL** and Amy Marshall,
Appellees

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2020CVK001053C1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                Irene Rios, Justice
                Liza A. Rodriguez, Justice

Appellant's reply brief is due on September 21, 2022. However, the appellant has filed an unopposed motion requesting an extension of time to file its reply brief. The motion is GRANTED. The appellant's reply brief is due on or before **October 21, 2022**.

**Appellant is advised that counsel's heavy case load or demanding work schedule is not an extraordinary circumstance warranting further requests for an extension of time.**

It is so **ORDERED** September 21, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT